ACCEPTED
05-14-00874-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 10:26:54 AM
LISA MATZ
CLERK

NO. 05-14-00874-CV

IN THE COURT OF APPEALS

FOR THE FIFTH DISTRICT OF TEXAS

AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 10:26:54 AM
LISA MATZ
Clerk

HASSAN PARSA,

Appellant,

v.

VINCENT WALKER,

Appellee.

*On Appeal from Cause No. DC-13-11870*
*14th Judicial District Court, Dallas Couty, Texas*
*Hon. Eric Moyé, Judge Presiding*

**SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant Hassan Parsa, respectfully moves this Honorable Court for a second extension of time in which to file his brief, stating as follows:

1.      The court below is the 14th District Court, Dallas County, Texas.

2.      This is an appeal from an order dated June 9, 2014.

3.      A notice of appeal was timely filed on July 3, 2014.  The Clerk's Record was filed on August 5, 2014.  The Reporter's Record was filed July 25, 2014.

4. By order dated August 25, 2014, this appeal was abated due to the bankruptcy of Appellant. By order dated March 18, 2015, the stay was lifted by this Court and Appellant's brief was due to be filed April 15, 2015.

5. By Order dated April 15, 2015, pursuant to extension, Appellant's Brief is currently due to be filed with this Court on May 17, 2015.

6. It is impossible to adequately prepare the brief of Appellant in the current time allowed. Although counsel for Appellant was counsel in the trial court, the delay caused by the bankruptcy has caused the record to go cold, and it must be thoroughly re-reviewed. Further, counsel's spouse had surgery on March 30, 2015, leaving her incapacitated for a period of two months. During this period counsel has also had to prepare and file a Reply to Response to Petition for Review in the Supreme Court (filed April 30, 2015) in *Goodwin v. QuikTrip Corp.*, No. 14-1076. Counsel for Appellant requests additional time to adequately prepare the brief of Appellant in the current time allotted.

7. The extension sought in this motion is not sought solely for purposes of delay, but only so that justice may be done.

8. Counsel for Appellee was asked if he opposed this motion on Thursday, May 14, 2015. As of Monday, May 18, 2015, no response has been received.

9. An extension of thirty (30) days is sought by this motion.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that the time in which he may file his Brief be extended to and including June 15, 2015, and for such other and further relief to which he may be entitled at law or in equity.

Respectfully submitted,


/s/ Mark Donheiser
RANDAL MATHIS
State Bar No. 13194300
MARK DONHEISER
State Bar No. 05974800
MATHIS & DONHEISER
1412 Main Street, Suite 2600
Dallas, TX 75202
Telephone: 214.303.1919
Facsimile: 214.303.0399

ATTORNEYS FOR HASSAN PARSA


## CERTIFICATE OF CONFERENCE

Counsel for Appellee, Jerrod David, has not responded to a May 14, 2015 request for conference on this motion

Signed this 18th day of May, 2015.



/s/ Mark Donheiser
MARK DONHEISER

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been forwarded to all other known counsel of record as listed below, via facsimile, in accordance with the Texas Rules of Civil Procedure on this 18th day of May, 2015.

Mr. Jerrod L. Davis
Brady & Brady, PLLC
6440 N. Central Expressway, Suite 610
Dallas, Texas 75206


*/s/ Mark Donheiser*
MARK DONHEISER